# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| NASSTECH, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>OSNOVATION SYSTEMS, INC. DBA OSNOVATIVE SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. 18-cv-04417-BLF<br><br>**ORDER DENYING EX PARTE MOTION TO SHORTEN TIME FOR FILING OF MOTION FOR DE NOVO DETERMINATION OF DISPOSITIVE MATTER REFERRED TO MAGISTRATE JUDGE**<br><br>[RE: ECF 28] |

Plaintiff Nasstech, LLC ("Plaintiff") has filed an ex parte motion to shorten to 3 days the time in which Defendant Osnovation Systems, Inc. may object to Magistrate Judge Cousins' Report and Recommendation to Remand Case Back to Santa Clara County Superior Court (ECF 26). *See* ECF 28. Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1)(C) both grant parties 14 days to object to a magistrate judge's recommendation. Because Plaintiff has cited no support for its argument that this Court has the authority to alter statutorily prescribed deadlines, the Court DENIES Plaintiff's request to shorten the time in which Defendant may object. The Court recognizes Plaintiff's claim of urgency and concern that assets may be dissipated and thus the Court denies this motion without prejudice to Plaintiff's filing a temporary restraining order or other protective order in this Court.

**IT IS SO ORDERED.**

Dated: August 6, 2018

_____
BETH LABSON FREEMAN
United States District Judge